ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Attorneys for United States

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

STEVE ANTHONY HARRASSER,

Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

Case No.: 2:26-cv-02817-DJC-ICD

**ORDER FOR STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FILE JOINT STATUS REPORT**

This Court has considered Plaintiff and Defendant United States joint stipulation to extend the time for filing a response to the Complaint and all parties request to extend the deadline to file the Joint Status Report.

Finding good cause appears therefrom, IT IS HEREBY ORDERED that:

1. Defendant United States' responsive pleading to Plaintiff's Complaint shall be filed on or before December 4, 2026.

2. The Joint Status Report shall be filed within fourteen (14) days after Defendant United States files its responsive pleading.

Dated: October 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE