ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
4500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for United States

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

STEVE ANTHONY HARRASSER,

Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendant.

Case No.: 2:26-cv-02817-DJC-ICD

**ORDER SETTING SETTLEMENT CONFERENCE**

This Court has considered Plaintiff Steve Anthony Harrasser's, Defendant United States of America's, and Defendant Hill Country Community Clinic's joint stipulation to participate in a settlement conference before Judge Jeremy D. Peterson on March 2, 2027 at 10:00 a.m. by Zoom.

**FOR GOOD CAUSE SHOWING, IT IS SO ORDERED**.

Dated: November 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE